

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00380-CV

| | | |
|---|---|---|
| LINDA SILVERMAN, Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-295889-17) |
| V. | § | August 28, 2019 |
| CLAIREMONT H.A., INC., Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. We affirm the trial court's judgment.

Further, we render judgment against the surety on appellant Linda Silverman's October 2018 supersedeas bond—NGM Insurance Company—for the performance of the judgment together with all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.5.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel